OSCN Found Document:RE: APPT. OF MEMBERS TO OKLA. ACCESS TO JUSTICE COMM.

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 RE: APPT. OF MEMBERS TO OKLA. ACCESS TO JUSTICE COMM.
2014 OK 75
Decided: 08/06/2014
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2014 OK 75, __ P.3d __
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

RE: APPOINTMENT OF MEMBERS TO THE OKLAHOMA ACCESS TO JUSTICE COMMISSION

ORDER

Pursuant to SCAD-2014-16, the ORDER ESTABLISHING THE OKLAHOMA ACCESS TO JUSTICE COMMISSION codified at Part XI of the Oklahoma Supreme Court Rules Okla. Stat. tit. 12, ch. 15, app. 1, the following are appointed to serve on the Access to Justice Commission:

Honorable Douglas L. Combs, Justice Oklahoma Supreme Court, this term shall begin September 1, 2014, and expire September 1, 2017.

Honorable Bernard Jones, District Judge Oklahoma County, this term shall begin September 1, 2014, and expire September 1, 2017.

Honorable Rick Bozarth, Associate District Judge Dewey County, this term shall begin September 1, 2014 and expire September 1, 2016.

David Riggs, Attorney at Law, this term shall begin September 1, 2014 and expire September 1, 2016.

Michael Figgins, Attorney at Law, this term shall begin September 1, 2014 and expire September 1, 2016.

Barbara Smith, Attorney at Law, this term shall begin September 1, 2014 and expire September 1, 2015.

Chief Geoffrey Standing Bear, Osage Nation, this term shall begin September 1, 2014 and expire September 1, 2015.

The duties and responsibilities for this commission are defined in SCAD -2014-16, Part XI of the Oklahoma Supreme Court Rules, Okla. Stat. tit. 12, ch. 15, app. 1.

DONE BY ORDER OF THE SUPREME COURT this 6th day of August, 2014.

/S/Chief Justice






 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.